**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

JUSTIN J DEKKER

Case No: 18–40978 – MER

Debtor(s)

Chapter 7 Case

**STATEMENT OF PRESUMED ABUSE**

The United States Trustee has reviewed all materials filed by the debtor and has determined that the debtor(s)' case is presumed to be an abuse under section 707(b). (Wencil, Sarah)

Dated: 5/10/18

Lori Vosejpka
Clerk, United States Bankruptcy Court

By: shelia
Deputy Clerk

**mnbstpab** 09/21/2005 – kb