## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In Re:                                             **Chapter 7**

    **Justin J. Dekker**                          **Bankruptcy No. 18-40978**

        **Debtor.**

---

### WITHDRAWAL OF MOTION TO DISMISS CHAPTER 7 CASE

---

The United States Trustee withdraws his motion to dismiss the above-captioned case under 11 U.S.C. §707(b)(1). The debtor has provided the requested documentation which showed that the non-filing spouse's income was overstated. After the income is adjusted, the case does not presume, and the debtor does not have disposable income sufficient to repay creditors.

Dated:    July 3, 2018

JAMES L SNYDER
ACTING UNITED STATES TRUSTEE
Region 12

/s/ Sarah J. Wencil
Sarah J. Wencil
Trial Attorney
IA Atty # 14014
Office of the United States Trustee
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 334-1350

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In Re:                                         **Chapter 7**

    **Justin J. Dekker**                      **Bankruptcy No. 18-40978**

    **Debtor.**

_____

## UNSWORN CERTIFICATE OF SERVICE

_____

The undersigned declares under penalty of perjury that on July 3, 2018, I electronically filed the following:  Notice of Hearing on Motion to Dismiss Chapter 7 Case, United States Trustee's Notice of Hearing and Motion to Dismiss Pursuant to 11 U.S.C. § 707(b)(1) based on the Presumption of Abuse Under § 707(b)(2), Verification and proposed Order, thereby generating electronic service by CM/ECF on those electronic addresses below.  I also served the debtor by first class mail.

**JUSTIN J DEKKER**
6701 FIELD WAY
EDINA, MN 55436

**Ian Ball**
CM/ECF

Julia Christens
CM/ECF

Executed on:     July 3, 2018

/s/ Sarah J. Wencil
**Sarah J. Wencil**
**Office of the United States Trustee**