UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

Justin J. Dekker,

    Debtor.

SUBSTITUTION OF ATTORNEY
Ch. 7 Case No. 18-40978

**PLEASE TAKE NOTICE** that the Debtor(s) in the above-mentioned matter, hereby substitute(s) as my/our attorney, Michael K. Hoverson of Hoverson Law Offices, P.A. at the address below. At the same time, I/we are terminating my/our attorney-client relationship with attorney Ian Traquair Ball at the address below.

Dated: 1/31/22

                              Justin J. Dekker

**CONSENT**

I, Michael K. Hoverson, hereby accept the substitution of attorney in the above-mentioned matter.

Dated: 2/1/2022

/e/ Michael K. Hoverson
HOVERSON LAW OFFICES, P.A.
By: Michael K. Hoverson, #175948
300 Union Plaza
333 Washington Ave North
Minneapolis, MN 55401
(612) 349-2728

**CONSENT**

I, Ian Traquair Ball, hereby consent to the substitution of attorney in the above-mentioned matter.

Dated: 2/1/2022

/e/Ian Traquair Ball
Ian Traquair Ball, #0004285
Attorney at Law
PO Box 40336
St. Paul, MN 55104
(612)518-4862
ballbky@gmail.com

This Substitution of Attorney may be executed in counterparts or by electronic signatures of the aforementioned counsel for the respective parties pursuant to Local Rule 9011-4(f) by express authorization of the parties.