**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Justin J. Dekker** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA | | |
| Case number (if known) | 18-40978 | | |

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B............................................................. $ **602,000.00**
   
   1b. Copy line 62, Total personal property, from Schedule A/B................................................. $ **31,000.00**
   
   1c. Copy line 63, Total of all property on Schedule A/B............................................................. $ **633,000.00**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*  $ **585,600.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............... $ **5,700.00**
   
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........... $ **215,070.00**

   **Your total liabilities**  $ **806,370.00**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*.............................................. $ **8,172.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*...................................................... $ **8,086.00**

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   
   ■ Yes

7. **What kind of debt do you have?**
   
   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   
   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1  **Justin J. Dekker**  Case number *(if known)* **18-40978**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.   $ **11,786.00**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 5,700.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 5,700.00 |

3/29/18 3:32PM

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | JUSTIN | J | DEKKER |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number  18-40978

☒ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property   12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☒ Yes. Where is the property?

1.1

Homestead: 6701 Field Way, Edina MN Lot 2, Block 3, Parkwood Knolls, 19th Addition
Street address, if available, or other description

City   State   ZIP Code

Hennepin
County

What is the property? Check all that apply
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property?  $602,000.00
Current value of the portion you own?  $602,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
Fee simple

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................=>  $602,000.00

**Part 2: Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3/29/18  3:32PM

Debtor 1    JUSTIN J DEKKER                                          Case number (if known)  18-40978

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

   3.1  Make: MERCEDES
        Model: GL-450
        Year: 2010
        Approximate mileage: 101,000
        Other information:
        IN GOOD CONDITION

        Who has an interest in the property? Check one
        ■ Debtor 1 only
        ☐ Debtor 2 only
        ☐ Debtor 1 and Debtor 2 only
        ☐ At least one of the debtors and another

        ☐ Check if this is community property
           (see instructions)

        Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

        Current value of the entire property?   Current value of the portion you own?
        $7,000.00                                $7,000.00

   3.2  Make: Lexus
        Model: 470
        Year: 2005
        Approximate mileage: 170,000
        Other information:
        In fair condition - needs repairs

        Who has an interest in the property? Check one
        ■ Debtor 1 only
        ☐ Debtor 2 only
        ☐ Debtor 1 and Debtor 2 only
        ☐ At least one of the debtors and another

        ☐ Check if this is community property
           (see instructions)

        Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

        Current value of the entire property?   Current value of the portion you own?
        $4,000.00                                $4,000.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here........................................................=>    $11,000.00

**Part 3:  Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own? Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

   | Used household goods and furnishings |    $4,000.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ■ No
   ☐ Yes.  Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

3/29/18 3:32PM

Debtor 1  **JUSTIN J DEKKER** _____  Case number *(if known)* 18-40978

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | Used personal clothing including outerwear | $2,000.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ........................................................................................  $6,000.00

**Part 4:** Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?   Current value of the portion you own? Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes.....

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.....                Institution name:

    | 17.1. | Checking | BMO Harris | $200.00 |
    | 17.2. |  | U S Bank - 3 custodial accounts for each minor child. No funds of debtor in any account. | $0.00 |

3/29/18 3:32PM

Debtor 1   JUSTIN J DEKKER                                    Case number *(if known)*   18-40978

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes............       Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
■ No
☐ Yes. Give specific information about them...................
     Name of entity:                                    % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
     Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
■ Yes. List each account separately.
     Type of account:          Institution name:

     **401k Plan**               **Employer pension**                                    $4,500.00

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. ....................      Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes.............       Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☐ No
■ Yes.............       Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

     **Educational IRA for oldest son - $18,000.  No contributions within the preceding 12 months.**                        Unknown

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

Debtor 1  JUSTIN J DEKKER          Case number (if known) 18-40978

3/29/18 3:32PM

28. **Tax refunds owed to you**
    ☒ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☒ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☐ No
    ☒ Yes. Give specific information..

    | Earned but unpaid wages | $1,800.00 |
    |---|---|

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ☒ Yes. Name the insurance company of each policy and list its value.

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | VOYA Life - term only | | $0.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ☒ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ~~☐ No~~
    ☒ Yes. Describe each claim.........

    Claim against CitiMortgage for violations of 12 C.F.R. Section 1024.41 (Real Estate Settlement Procedures Act); Minnesota statute 582.043, subd 5; and, Minnesota statute 58.13. (Estimated value of the claim is nominal to $7500).    $7500.00

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☒ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ☒ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.**..................................................................................................    ~~$6,500.00~~    $14,000.00

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☒ No. Go to Part 6.
    ☐ Yes. Go to line 38.

3/29/18 3:32PM

Debtor 1    JUSTIN J DEKKER    Case number (if known)   18-40978

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
   ■ No. Go to Part 7.
   ☐ Yes. Go to line 47.

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here ..................................  $0.00

### Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ...........................................................................................................  $602,000.00
56. Part 2: Total vehicles, line 5                $11,000.00
57. Part 3: Total personal and household items, line 15   $6,000.00
58. Part 4: Total financial assets, line 36     ~~$6,500.00~~  $14,000.00
59. Part 5: Total business-related property, line 45   $0.00
60. Part 6: Total farm- and fishing-related property, line 52  $0.00
61. Part 7: Total other property not listed, line 54   +  $0.00   $31,000.00
62. Total personal property. Add lines 56 through 61...  ~~$23,500.00~~  Copy personal property total  ~~$23,500.00~~
63. Total of all property on Schedule A/B. Add line 55 + line 62   $31,000.00   ~~$625,500.00~~
                                                                               $633,000.00

3/29/18 3:32PM

**Fill in this information to identify your case:**

Debtor 1: JUSTIN J DEKKER
(First Name) (Middle Name) (Last Name)

Debtor 2:
(Spouse if, filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known): 18-40978

☒ Check if this is an amended filing

Official Form 106C
# Schedule C: The Property You Claim as Exempt
4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1: Identify the Property You Claim as Exempt**

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☒ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Homestead: 6701 Field Way, Edina MN Lot 2, Block 3, Parkwood Knolls, 19th Addition Hennepin County<br>Line from *Schedule A/B*: **1.1** | $602,000.00 | ☒ $12,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| 2010 MERCEDES GL-450 101,000 miles<br>IN GOOD CONDITION<br>Line from *Schedule A/B*: **3.1** | $7,000.00 | ☒ $7,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| 2005 Lexus 470 170,000 miles<br>In fair condition - needs repairs<br>Line from *Schedule A/B*: **3.2** | $4,000.00 | ☒ $3,775.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| 2005 Lexus 470 170,000 miles<br>In fair condition - needs repairs<br>Line from *Schedule A/B*: **3.2** | $4,000.00 | ☒ $425.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Used household goods and furnishings<br>Line from *Schedule A/B*: **6.1** | $4,000.00 | ☒ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Claim against CitiMortgage for violations of 12 C.F.R. Section 1024.41 (Real Estate Settlement Procedures Act); Minnesota statute 582.043, subd.5; and, Minnesota statute 58.13. (Estimated value of the claim is nominal to $7500). | $7500.00 | $3000.00 | 11 U.S.C. § 522(d)(5) |

Official Form 106C           Schedule C: The Property You Claim as Exempt           page 1 of 2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

3/29/18 3:32PM

Debtor 1   JUSTIN J DEKKER                                              Case number (if known)   18-40978

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from Schedule A/B | Amount of the exemption you claim  Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Used personal clothing including outerwear**  Line from Schedule A/B: **11.1** | $2,000.00 | ■ $2,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Checking: BMO Harris**  Line from Schedule A/B: **17.1** | $200.00 | ■ $200.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Earned but unpaid wages**  Line from Schedule A/B: **30.1** | $1,800.00 | ■ $1,800.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

3. Are you claiming a homestead exemption of more than $160,375?
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

REVISED 12/15

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re                                                                                                           Case No.: 18-40978
    Justin J. Dekker

Debtor(s).

## SIGNATURE DECLARATION

- [ ] PETITION, SCHEDULES & STATEMENTS
- [ ] CHAPTER 13 PLAN
- [ ] VOLUNTARY CONVERSION, SCHEDULES AND STATEMENTS
- [ ] AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
- [ ] MODIFIED CHAPTER 13 PLAN
- [x] OTHER (PLEASE DESCRIBE: Amended Schedules A/B and C)

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3. [Individual debtors only] If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6. [corporate and partnership debtors only] I have been authorized to file this petition on behalf of the debtor.

Date: 2-12-22

X _/s/ Justin J. Dekker_                                    X _____
Signature of Debtor 1 or Authorized                         Signature of Debtor 2
Representative

Justin J. Dekker                                            _____
Printed Name of Debtor 1 or                                 Printed Name of Debtor 2
Authorized Representative

**UNSWORN CERTIFICATE OF SERVICE**

February 14, 2022

RE: Justin J. Dekker
    Chapter 7 Case No. 18-40978

I certify that on February 14, 2022 I caused the attached letter(s) and documents to be served on the party(ies) named in the attached letter and matrix on the above-mentioned date, by placing true and correct copies thereof in envelopes addressed to each party listed on the attached letter and matrix and deposited the same in the United States Mail, Minneapolis, Minnesota.

Dated: February 14, 2022

        /e/ Michael K. Hoverson
        Hoverson Law Offices, P.A.
        Attorney for Debtors
        333 Washington Avenue N., Suite 300
        Minneapolis, MN 55401
        (612) 349-2728
        Attorney I.D. No. 175948

February 14, 2022

TO: Randall L. Seaver, Chapter 7 Trustee; United States Trustee; and all interested parties on attached matrix.

RE: Justin J. Dekker
    Chapter 7 Case No. 18-40978

Enclosed herein and served upon you by U.S. Mail please find **AMENDED SCHEDULE A/B, AMENDED SCHEDULE C, AMENDED OFFICIAL FORM 106SUM,** and **SIGNATURE DECLARATION,** in the above-mentioned matter.

Sincerely,

/e/Michael K. Hoverson

Michael K. Hoverson
Attorney at Law

Enclosures

cc: Justin J. Dekker

```
Label Matrix for local noticing        CITIMORTGAGE, INC                     Wells Fargo Bank, N.A. successor by merger t
0864-4                                  c/o: Shapiro & Zielke, LLP            c/o: Shapiro & Zielke, LLP
Case 18-40978                           12550 West Frontage Road              12550 West Frontage Road
District of Minnesota                   Suite 200                             Suite 200
Minneapolis                             Burnsville, MN 55337-2475             Burnsville, MN 55337-2475
Sat Feb 12 11:23:31 CST 2022

Minneapolis                             American Express                      (p)BANK OF AMERICA
301 Diana E. Murphy U.S. Courthouse     P O Box 297871                        PO BOX 982238
300 South Fourth Street                 Fort Lauderdale FL 33329-7871         EL PASO TX 79998-2238
Minneapolis, MN 55415-1320


CITIMORTGAGE                            (p)JPMORGAN CHASE BANK  N A           Discover
P O BOX 6243                            BANKRUPTCY MAIL INTAKE TEAM           P O Box 6103
Sioux Falls SD 57117-6243               700 KANSAS LANE FLOOR 01              Carol Stream IL 60197-6103
                                        MONROE LA 71203-4774


Four Seasons Chiropractic               HENNEPIN COUNTY TREASURER             INTERNAL REVENUE SERVICE
4455 Hwy 169 No., Ste 200               A600 GOVERNMENT CENTER                CENTRALIZED INSOLVENCY
Minneapolis MN 55442-2898               Minneapolis MN 55487-0001             P O BOX 7346
                                                                              Philadelphia PA 19101-7346


Irrigation Engineering                  MINNESOTA REVENUE                     Messerli & Kramer PA
3919 W Broadway                         COLLECTIONS/BANKRUPTCY                3303 Campus Drive, Ste 250
Robbinsdale MN 55422-2209               P O BOX 64447                         Minneapolis MN 55441
                                        Saint Paul MN 55164-0447


Michelle Dekker                         Rodenburg Law Firm                    Susan Schultz PhD
EDINA MN                                Attn: Stacy Hummel                    7201 Ohms Lane # 220
                                        P O Box 2427                          Minneapolis MN 55439-2151
                                        Fargo ND 58108-2427


U S BANK HOME MORTGAGE                  (p)US BANK                            US Trustee
P O BOX 20005                           PO BOX 5229                           1015 US Courthouse
Owensboro KY 42304-0005                 CINCINNATI OH 45201-5229              300 S 4th St
                                                                              Minneapolis, MN 55415-3070


Wells Fargo Card Svcs                   JUSTIN J DEKKER                       Julia A. Christians
P O Box 14517                           6701 FIELD WAY                        Lapp, Libra, Stoebner & Pusch, Chartered
Des Moines IA 50306-3517                EDINA, MN 55436-1718                  120 South Sixth Street
                                                                              Suite 2500
                                                                              Minneapolis, MN 55402-1826


Michael K. Hoverson                     Randall L. Seaver
Hoverson Law Offices, P.A.              12400 Portland Avenue South
333 Washington Ave N                    Suite 132
Suite 300                               Burnsville, MN 55337-6805
Minneapolis, MN 55401-1353
```

                  The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                  by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bank of America                    Chase                          U S Bank
P O Box 982235                     P O Box 15298                  4325 17th Ave So
El Paso TX 79998                   Wilmington DE 19850            Fargo ND 58125


(d)U S Bank
Bankruptcy/Recovery Dept
P O Box 5229
Cincinnati OH 45201




              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Michelle Dekker                         End of Label Matrix
                                           Mailable recipients    25
                                           Bypassed recipients     1
                                           Total                  26
```